THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com; mike@karlinlaw.com;
rex@karlinlaw.com

Attorneys for Defendant
Ayres-Hawthorne, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>            Plaintiff,<br><br>     vs.<br><br>**Ayres-Hawthorne, L.P.,** a Delaware Limited Partnership; and Does 1-10,<br><br>            Defendants. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>(Los Angeles County Superior Court Case No. 20TRCV00815)<br><br>Complaint Filed:  11/12/2020 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Ayres-Hawthorne, L.P. ("Defendant") hereby removes the action described below filed by Plaintiff Orlando Garcia ("Plaintiff") in the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and states that removal is proper for the reasons set forth below.

## BACKGROUND

1.      This removal involves a lawsuit that was filed by Plaintiff on November 12, 2020 in the Superior Court of the State of California for the County of Los Angeles entitled *Orlando Garcia v. Ayres-Hawthorne, L.P., etc., et al.*, Case No. 20TRCV00815 (the "State Court Action").

2.      The Complaint filed in the State Court Action (the "Complaint") purports to assert two claims for relief against Defendant:  (1) for alleged violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq*., and (2) for alleged violation of the Unruh Civil Rights Act, California Civil Code §§ 51-53.

## TIMELINESS OF REMOVAL

3.      Plaintiff served Defendant with the Complaint by way of substitute service under California Code of Civil Procedure § 415.20 on December 11, 2020.

4.      As such, this Notice of Removal is filed within the time period required under 28. U.S.C. §1446(b).

## GROUNDS FOR REMOVAL

5.      The present action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it appears from the Complaint that Plaintiff has filed a civil rights action and he is purporting to assert one or more claims founded on a claim of rights arising under the laws of the United States.

1

6.     More specifically, the Complaint alleges discrimination against Plaintiff by Defendant in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq*.

## VENUE

7.     Venue lies in the United States District Court for the Central District of California because this action was originally brought in the Superior Court of the State of California for the County of Los Angeles, which is located within the Central District of California, and this Notice of Removal is therefore properly filed with this Court pursuant to 28 U.S.C. § 1441(a).

## NOTICE OF REMOVAL COMPLIANCE

8.     In compliance with 28 U.S.C. § 1446(d), this Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of California for the County of Los Angeles.

9.     In compliance with 28 U.S.C. § 1446(a), Exhibit A attached hereto contains true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action, which papers include a copy of the Summons and Complaint.

10.     The undersigned, as counsel for Defendant, has read the foregoing and signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against Defendant in the Superior Court of the State of California for the County of Los Angeles be removed to the United States District Court for the Central District of California.

DATED:  January 8, 2021          **THE KARLIN LAW FIRM, LLP**


By:     /s/ Rex T. Reeves
          Rex T. Reeves
          Attorneys for Defendant
          Ayres-Hawthorne, L.P.

2